UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF BARSTOW, et al.,<br><br>Defendants. | Case No. 5:21-cv-02032-MCS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1) the Complaint is dismissed in its entirety;

(2) all claims against Defendants Morton, Stodghill, Camber, Foy, Monjazeb, Fimbres, Shah, Wood, O'Melveny, Espinoza, Gilmore, Helms, Zepeda, Allen, Schooler, and the City of Barstow are dismissed with prejudice and without leave to

amend; and

    (3) the excessive force claim against Defendants Cahow, Lansdown, Taylor, Schirmbeck, Jewsbury, Ramirez, and Vanderkallen is dismissed without prejudice and with leave to amend. If Plaintiff chooses to file a First Amended Complaint, it should bear the docket number assigned to this case (5:21-cv-2032 MCS (KES)), be labeled "First Amended Complaint," and be complete in and of itself without reference to the original Complaint, or any other documents (except any relevant documents that are attached to the First Amended Complaint as exhibits). The First Amended Complaint may not include new defendants, defendants that have been dismissed with prejudice, defendants not involved in the "extraction" allegations in the Complaint, or any claims unrelated to the § 1983 excessive-force allegations arising from the "extraction."

DATED: March 15, 2022

                                            MARK C. SCARSI
                                            UNITED STATES DISTRICT JUDGE