UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 5:21-cv-02032-FWS-KES                                             Date: May 16, 2022

Title: STEWART MANAGO v. CITY OF BARSTOW, et al.

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **Order to Show Cause Why the Case Should not be Dismissed for Lack of Prosecution**

On March 15, 2022, U.S. District Judge Scarsi accepted the Court's Report and Recommendation dismissing the Complaint's excessive force claim against Defendants Cahow, Lansdown, Taylor, Schirmbeck, Jewsbury, Ramirez, and Vanderkallen with leave to amend. (Dkt. 11.) All other claims/Defendants were dismissed with prejudice. (<u>Id.</u>) On March 16, 2022, the Court ordered Plaintiff to file a First Amended Complaint ("FAC") by April 18, 2022, if he still wished to pursue his excessive force claim. (Dkt. 12.) As of the date of this Order, Plaintiff has not filed an FAC or taken any further action in this matter.

Plaintiff informed the Court in an unrelated lawsuit that he was recently relocated to California Medical Center and was having issues receiving his mail. (<u>See</u> <u>Manago v. McMahon, et al.</u>, case no. 5:21-cv-01370-MCS-KES, Dkts. 43, 45, 48, 49.) It may be that Plaintiff's inaction in the instant case is because he never received the Court's March 16 order, that he does not wish to proceed with this case, or for some other reason. The Court has no way of knowing which is the case.

Therefore, IT IS HEREBY ORDERED that Plaintiff is ordered to show cause why this action should not be dismissed with prejudice for failure prosecute. Plaintiff may discharge this Order by doing one of the following **on or before June 3, 2022**:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 5:21-cv-02032-FWS-KES                                                                 Date: May 16, 2022
                                                                                                                  Page 2

**Option 1**:  If Plaintiff still wishes to pursue his excessive force claim, he must file an FAC.  The FAC shall bear the docket number assigned to this case (5:21-cv-2032 FWS (KES)), be labeled "First Amended Complaint," and be complete in and of itself without reference to the original Complaint, or any other documents (except any relevant documents that are attached to the First Amended Complaint as exhibits). The FAC shall not include new defendants, defendants that have been dismissed with prejudice, defendants not involved in the "extraction" allegations in the Complaint, or any claims unrelated to the § 1983 excessive-force allegations arising from the "extraction."

**Option 2**:  If Plaintiff concludes that he cannot cure the pleading defects identified in the Court's Report and Recommendation, and/or that he no longer wishes to pursue his excessive force claim, he must file a Notice of Intent not to pursue his claim.  If Plaintiff elects this option, the Court will consider this matter closed.

**If Plaintiff fails to respond to this Order, the Court may dismiss the action with prejudice for failure to prosecute and/or obey court orders.**

Initials of Deputy Clerk JD