JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BARSTOW, et al.,<br><br>　　　　　Defendants. | Case No. 5:21-cv-2032-MCS-KES<br><br><br>JUDGMENT |

　　　Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS HEREBY ADJUDGED that:

　　　(1) the FAC (Dkt 20) is dismissed in its entirety;

　　　(2) the following § 1983 claims are dismissed with prejudice:

　　　　　(a) the excessive force claims based on the extraction incident against all Defendants;

　　　　　(b) the denial of medical care claims against all Defendants;

　　　　　(c) the supervisory liability claims based on the extraction incident against Defendants Cahow, Lansdown, and Faylor;

　　　(3) the following § 1983 claims are dismissed without prejudice but without leave to amend in this action:

1

(a) the excessive force claims based on the food port incident against Defendants Cahow and Schirmbeck;

(b) failure to protect/supervisory liability claims based on the food port incident against Defendants Cahow, Lansdown, and Faylor;

(c) the concealment or spoliation of evidence claims against Defendants Faylor, Ramirez, Jewsbury, and Vanderkallen;

(d) the denial of access to the courts claims against all Defendants; and

(e) the retaliation claims against all Defendants.

DATED: September 14, 2022

*Mark C. Scarsi*
Mark C. Scarsi
United States Magistrate Judge